No. 93–276.  GANDOTRA ET UX. *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–279.  WITTEKAMP *v.* GULF & WESTERN, INC., ET AL. C. A. 3d Cir.  Certiorari denied.

No. 93–282.  SMART *v.* NEW HAMPSHIRE.  Sup. Ct. N. H. Certiorari denied.

No. 93–283.  FONAR CORP. *v.* DECCAID SERVICES, INC., ET AL. C. A. 2d Cir.  Certiorari denied.

No. 93–285.  LEVY *v.* UNIVERSITY OF CINCINNATI ET AL. Ct. App. Ohio, Hamilton County.  Certiorari denied.

No. 93–286.  DOUGLASS ET AL. *v.* FRONTIER FEDERAL SAVINGS & LOAN ASSN.  Sup. Ct. Idaho.  Certiorari denied.

No. 93–290.  SNYDER INDUSTRIES, INC. *v.* HEIL CO.  C. A. Fed. Cir.  Certiorari denied.

No. 93–296.  CIAMARICONE *v.* VIRGINIA.  Ct. App. Va.  Certiorari denied.

No. 93–299.  LIBERTARIAN PARTY OF MAINE ET AL. *v.* DIAMOND, SECRETARY OF STATE OF MAINE.  C. A. 1st Cir.  Certiorari denied.

No. 93–300.  SOUTHWEST WATER WELLS, INC. *v.* GARNEY COS., INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 93–304.  SANFORD REDMOND, INC. *v.* MID-AMERICA DAIRYMEN, INC.  C. A. 2d Cir.  Certiorari denied.

No. 93–308.  DOCKTER *v.* AETNA LIFE INSURANCE CO.  C. A. 9th Cir.  Certiorari denied.

No. 93–312.  STEVENS *v.* MINNESOTA STATE BOARD OF BAR EXAMINERS.  Sup. Ct. Minn.  Certiorari denied.